_____

No. 96-1492
_____

Jesse Love, Jr.,                         *
                                         *
          Appellant,                     *
                                         *
     v.                                  *  Appeal from the United States
                                         *  District Court for the
Dora Schriro,                            *  Western District of Missouri.
                                         *
          Defendant,                     *         [UNPUBLISHED]
                                         *
Mike Jett; Joan Simmons,                 *
                                         *
          Appellees.                     *


_____

          Submitted:  August 7, 1996

            Filed:  August 12, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Missouri inmate Jesse Love, Jr. appeals the adverse grant of summary judgment by the District Court[1] in his 42 U.S.C. § 1983 action against Mike Jett, business manager at Fulton Reception and Diagnostic Center, and Joan Simmons, business manager at Central Missouri Correctional Center.  After de novo review of the record and the parties' briefs, we conclude the district court's grant of summary judgment was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

We deny appellant's motion for appointment of counsel.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.